Donna Kay LEE, Petitioner–Appellant,

v.

Debra JACQUEZ, Respondent–Appellee.

No. 12–56258

United States Court of Appeals, Ninth Circuit.

Filed September 6, 2016

---

Before: MARY M. SCHROEDER, HARRY PREGERSON, and JACQUELINE H. NGUYEN, Circuit Judges.

### ORDER

Pursuant to the decision of the United States Supreme Court in *Johnson v. Lee*, —— U.S. ——, 136 S.Ct. 1802, 195 L.Ed.2d 92 (2016), the judgment of the district court is **AFFIRMED**.